AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
08/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____DVE____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
08/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____KH____ DEPUTY

United States of America

v.

ANTHONY HENRY LEYVA,

Defendant.

Case No. 8:21-mj-00552-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 23, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Michael Greene, Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 12, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel Ahn (714-338-3539)

**AFFIDAVIT**

I, Michael Greene, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I currently serve as a Task Force Officer (TFO) with the FBI's Orange County Violent Gang Task Force (OCVGTF). The OCVGTF is composed of federal and local law enforcement agencies, including but not limited to the FBI, the Internal Revenue Service-Criminal Investigation, and the Fullerton Police Department. The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County.

2. I have been employed as a Police Officer for 11 years, 8 of which with the Fullerton Police Department. I have handled and participated in investigations related to homicides, armed robberies, burglaries, escaped inmates, and drug distribution. I have investigated gang-related crimes, which include homicide, assault with a deadly weapon, major assaults, drug distribution, witness intimidation, weapon possession, auto theft, robbery, burglary, and vandalism. I have spoken to gang members who have told me of the way they plan and commit their crimes and attempt to avoid detection and apprehension.

3. During my 11-year career, I have participated in approximately 50 surveillance operations, authored multiple search warrants, managed informants, monitored electronic

1

surveillance operations, and participated in numerous controlled purchases of drugs and firearms.

## II. **PURPOSE OF AFFIDAVIT**

4.  This affidavit is made in support of an arrest warrant and criminal complaint charging ANTHONY HENRY LEYVA (LEYVA) with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. **STATEMENT OF PROBABLE CAUSE**

6.  After reviewing the police reports written by Fullerton Police Department (FPD) Officers Kowalec, Dexter, Bridges, Flores, and Dominguez regarding an incident that occurred on July 23, 2021, I have learned the following facts:

### A. **Stolen Vehicle Call for Service**

7.  At approximately 9:24 a.m. on July 23, 2021, FPD received a call for service from a security guard at a shopping center regarding a male subject passed out inside a parked vehicle.  The security guard said the male subject was inside a

black Scion vehicle bearing license plate DP254LM. The subject was later identified as LEYVA.

8. The security guard advised dispatch that he could see drug paraphernalia on LEYVA's lap and said the subject would wake up for a short period of time and then fall back asleep.

9. While patrol officers were en route to the location, FPD dispatchers conducted a records check of the vehicle and discovered it was a reported stolen vehicle.

10. Officer Kowalec arrived on scene first and located the stolen vehicle backed into a parking spot and observed that LEYVA was still sitting in the driver seat as the sole occupant.

11. As Officer Kowalec approached the vehicle, he activated his overhead lights and began driving head on toward the stolen vehicle.

12. Officer Kowalec observed LEYVA alert to the police presence and seem to put the stolen vehicle into the "drive" gear by adjusting the gear shifter. After observing this, Officer Kowalec continued driving head on toward the vehicle and stopped his police unit approximately six feet away from the stolen vehicle to prevent a vehicle pursuit.

13. LEYVA drove head on into the front of Officer Kowalec's police unit and collided with the push bar, which caused the stolen vehicle to come to a stop.

B. **Contacting and Arresting LEYVA**

14. Office Kowalec and several other FPD officers gave LEYVA commands to exit the vehicle, and he ultimately complied. Sergeant Bridges asked LEYVA if he had anything illegal on his

person. LEYVA gestured to the right side of his waistband and mentioned he had a firearm concealed in his waistband. Sergeant Bridges located and removed the firearm from LEYVA's waistband.

15. The firearm was a .25 caliber Beretta bearing serial number BT03833V. A records check of the firearm indicated it was not registered. The firearm was loaded with one round in the chamber and two rounds inside a magazine that was inserted into the firearm.

16. During a search of the stolen vehicle, officers located two separate baggies containing methamphetamine. Bag number one contained 1 gram of methamphetamine, and bag two contained 3.1 grams of methamphetamine.

17. LEYVA was placed under arrest for being in possession of a stolen vehicle, being a convicted felon in possession of a firearm and ammunition, and possession of methamphetamine. A records check of LEYVA indicated he was on parole for the charge of automobile theft in violation of California Vehicle Code § 10851(a). LEYVA also had a no bail warrant from absconding from parole.

18. While at the Fullerton City Jail, Officer Kowalec conducted a Miranda interview with LEYVA. Under Miranda, LEYVA said he found the firearm a few days ago inside the stolen vehicle. LEYVA said that, after finding the firearm, he placed the firearm inside his waistband. Officer Kowalec asked LEYVA if he knew that he was a convicted felon that was not supposed to possess a firearm, and LEYVA replied "Well, yeah." LEYVA said he never checked to see if the firearm was loaded. Officer

Kowalec asked LEYVA why he put the firearm inside his waistband instead of getting rid of it, and LEYVA did not have an answer.

    **C.    LEYVA's Criminal History**

19. Based on my review of LEYVA's criminal history, I learned that LEYVA has the following prior felony convictions:

    a.    Unlawful taking of a vehicle in violation of California Vehicle Code § 10851(a), possession of stolen property in violation of California Penal Code § 496(a), and participation in a criminal street gang in violation of California Penal Code § 186.22(a), in California Superior Court, County of Orange, Case Number 18CF3354, on or about January 24, 2019, for which he was sentenced to 3 years' probation and 180 days in jail; and

    b.    Possession of a firearm in a school zone in violation of California Penal Code § 629.9(b), convicted felon in possession of a firearm in violation of California Penal Code § 29800(a)(1), possession of a stolen firearm concealed on a person in violation of California Penal Code § 25400(a)(2), and convicted felon in possession of ammunition in violation of California Penal Code § 30305(a)(1), in California Superior Court, County of Orange, Case Number 19CF2010, on or about January 15, 2021, for which he was sentenced to 3 years in prison.

    **D.    Interstate Nexus**

20. On August 10, 2021, I forwarded information regarding the firearm and ammunition recovered from LEYVA to TFO Rudy Valdez, an interstate nexus expert. TFO Valdez determined that

the firearm recovered from LEYVA was manufactured by Beretta in Tennessee or Italy. The ammunition recovered from Leyva was manufactured in Serbia. Due to the firearm and ammunition being recovered in California, the items must have moved in interstate commerce.

## IV. CONCLUSION

21. For all the reasons described above, there is probable cause to believe that LEYVA has committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

/s/
Mike Greene
Task Force Officer
FBI

Attested to by the applicant in
accordance with the requirements
of Federal Rule of Criminal
Procedure 4.1 by telephone on this
<u>12th</u> day of August 2021.


   /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

6